United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5105**                                    **September Term, 2024**

**1:25-cv-00778-LLA**

**Filed On:** April 8, 2025

Sara Aviel, in her personal capacity and in her
official capacity as President of the
Inter-American Foundation,

        Appellee

    v.

Sergio Gor, in his official capacity as Director
of the White House Presidential Personnel
Office, et al.,

        Appellants

**BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the emergency motion for a stay pending appeal, which includes a request for an immediate administrative stay, and the opposition to the request for an administrative stay, it is

**ORDERED** that appellee respond to the emergency motion for a stay pending appeal by 12:00 noon on Monday, April 14, 2025. Any reply is due by 5:00 p.m. on Tuesday, April 15, 2025.

**Per Curiam**

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                  Selena R. Gancasz
                  Deputy Clerk